# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONNIE NIXON**                                                                                   **PLAINTIFF**

**vs.**                                     **3:17CV00122-BRW-JTK**

**SUSAN COX**                                                                   **DEFENDANT**

## **JUDGMENT**

Based on the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of September, 2017.

                                                                              /s/ Billy Roy Wilson
                                                                              UNITED STATES DISTRICT JUDGE